**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TRENT SCHROEDER,** | * | Case No.: 3:26-cv-01727 |
| | * | |
| Plaintiff, | * | Judge Jeffrey J. Helmick |
| | * | |
| vs. | * | **ENTRY OF APPEARANCE** |
| | * | **OF COUNSEL AND MOTION FOR** |
| **CITY OF OREGON, et al.,** | * | **INITIAL EXTENSION OF TIME** |
| | * | |
| Defendants. | * | |

* * * * * * * *

Attorneys Byron S. Choka and Jennifer A. McHugh of the Toledo, Ohio law firm Spengler Nathanson, PLL hereby enter their appearance on behalf of Defendants City of Oregon and Oregon Municipal Court.

Defendants also request an initial extension of time, through and including September 16, 2026 in which to move, plead, or answer in response to Plaintiff's Complaint.

Respectfully submitted,

**SPENGLER NATHANSON P.L.L.**

/s/ *Jennifer A. McHugh*
Byron S. Choka (0014249)
bchoka@snlaw.com
Jennifer A. McHugh (0084842)
jmchugh@snlaw.com
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2026, a copy of the foregoing instrument was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy has also been emailed to the following:

Kera L. Paoff, Esq.
Diana Robinson, Esq.
Paoff & Robinson, LLC
405 Madison Ave., Suite 1100
Toledo OH 43604

kera@prwattorneys.com
diana@prwattorneys.com

*Attorneys for Plaintiff*

*/s/Jennifer A. McHugh*
Jennifer A. McHugh

812449